UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA MENDOZA, ) | Case 2:07-cv-00519-GEB-DAD |
| ) | |
| Plaintiff, ) | **ORDER CONTINUING** |
| v. ) | **STATUS CONFERENCE** |
| ) | |
| LANDS GRAY HARBOR; ) | |
| JOHNS MANVILLE INT.'L, INC., ) | |
| a.k.a. JOHNS MANVILLE ) | |
| And DOES 1-1,000 ) | |
| ) | |
| Defendants ) | |

HAVING CONSIDERED the Ex Parte Application for Continuance by Plaintiff REBECCA MENDOZA,

IT IS HEREBY ORDERED that the Status Conference set for July 2, 2007, at 09:00 A.M. be and hereby is CONTINUED to September 17, 2007, at 09:00 A.M.  A joint status report shall be filed no later than fourteen days prior to the scheduling conference.[1]

Dated:   June 19, 2007

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the joint status report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

**Order Continuing Status Conference**